UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WANDA JEAN BICKERSTAFF,

    Plaintiff,

                      CASE NO. 2:15-CV-10917
                      JUDGE DAVID M. LAWSON
                      MAGISTRATE JUDGE ANTHONY P. PATTI

   v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

## ORDER REQUIRING PLAINTIFF TO SUPPLEMENT HER MARCH 12, 2015 APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (DE 2)

**A.    Background**

On March 12, 2015, Wanda Jean Bickerstaff filed a complaint (DE 1 at 1-2) for judicial review of the Commissioner of Social Security's January 30, 2015 decision.[1]  On the same day, she also filed an application (DE 2) to proceed in

---

[1] Plaintiff's social security number appears twice on the first page of the complaint. As acknowledged in this Court's *Procedures Governing the Electronic Availability and Redaction of Transcripts*, "amendments to the Federal Civil and Criminal Rules of Procedure that took effect on December 1, 2007, require that personal identification information be redacted from documents filed with the court - individuals' Social Security numbers, names of minor children, financial account numbers, dates of birth, and, in criminal cases, home addresses."

district court without prepaying fees or costs.[2]   Although each of these filings was electronically filed by attorney Steven V. Harthorn (P47735), attorney Harthorn's signature does not appear on either the complaint or the application.

**B.   Discussion**

This case has been referred to the undersigned for pretrial matters.   DE 3.   Having reviewed Plaintiff's application to proceed in forma pauperis (DE 2), the Court concludes that it is not in a position to rule at this time.   The form application (AO 240) asks for amounts of money, but Plaintiff's March 12, 2015 application (DE 2) does not supply this information.   *See* DE 2 ¶¶ 3, 6 & 8.   Moreover, the form application asks for the names of those persons dependent upon Plaintiff for support, her relationship with each person and how much she contributes to their support.   However, Plaintiff writes only, "J.B. Tran[s]por[ta]tion to & from appointm[illegible] care for son."   *See* DE 2 ¶ 7.

**C.   Order**

Upon consideration, the application to proceed in district court without prepaying fees or costs (DE 2) is HELD IN ABEYANCE.   Within ten (10) days of the date of this order, Plaintiff SHALL file a supplemental application which fully answers the questions asked, preferably with the assistance of her counsel.

IT IS SO ORDERED.

---

[2] The civil case filing fee is $400.00.

Dated: April 13, 2015		s/Anthony P. Patti
				ANTHONY P. PATTI
				UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on April 13, 2015, electronically and/or by U.S. Mail.

				s/ Michael Williams
				Case Manager to the
				Honorable Anthony P. Patti