UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| WANDA JEAN BICKERSTAFF, | : | Civil No.: 2:15-cv-10917 |
| *Plaintiff,* | : | |
| | : | Hon. David M. Lawson |
| v. | : | United States District Judge |
| | : | |
| CAROLYN W COLVIN, | : | Hon. Anthony P. Patti |
| ACTING COMMISSIONER OF | : | United States Magistrate Judge |
| SOCIAL SECURITY, | : | |
| *Defendant*, | : | December 30, 2015 |

## **ORDER**

It is hereby **ORDERED** that the defendant, Commissioner of Social Security, shall have an extension of time until January 29, 2016 to file her Response and Motion for Summary Judgment. Plaintiff's reply is due February 8, 2016.


Dated:  December 30, 2015         s/Anthony P. Patti
                                  Anthony P. Patti
                                  United States Magistrate Judge